UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSAL FUNDING CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOLD MEDIC, INC., a Maryland corporation, and RICK SCHMIDT, an individual,<br><br>Defendants. | NO: 12-CV-0524-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff gives notice of its voluntary dismissal of this action with prejudice and without costs or attorney fees to either party. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or attorney fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 11th day of December, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2